**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

DAVID FLASH,
Plaintiff,

v.                                                   Civil Action No. 4:26-cv-00004-DC-DF
                                                     JURY TRIAL

JEFF DAVIS COUNTY, TEXAS;
CURTIS EVANS, individually and in his
official capacity as County Judge;
VICTOR LOPEZ, individually and in his
official capacity as Sheriff;
GLEN EISEN, individually and in his
official capacity as County Attorney;
MARY ANN LUEDECKE, individually and in her
official capacity as Justice of the Peace;
ADRIANA RUILOBA, individually and in her
official capacity as Chief Deputy;
JOSEPH GIESBRECHT, individually and in his
official capacity as Deputy Sheriff;
KING MERRITT, individually and in his
official capacity as Deputy Sheriff; and
LISA DENNISON, individually,
Defendants.

**ORDER GRANTING PLAINTIFF'S OPPOSED MOTION TO STRIKE**
**EXHIBIT 1-4 TO DEFENDANT'S MOTION TO DISMISS**

This Court, having considered Plaintiffs' Opposed Motion to Strike

Exhibit 1-4 to Defendant Jeff Davis County Motion to Dismiss, any response

and reply, all other pleadings on file, the arguments of counsel, and all

applicable law, hereby GRANTS the motion. The Clerk is instructed to STRIKE

Exhibit 1-4 to Document 13.

IT IS SO ORDERED.


Date: _____

_____

DAVID COUNTS
UNITED STATES DISTRICT JUDGE