**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

DAVID FLASH,
   *Plaintiff,*

v.

CURTIS EVANS, *et al.*;
   *Defendants.*

§
§
§
§
§
§
§
§
§
§

P:26-CV-00004-DC

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation (Doc. 48) concerning Defendant Curtis Evans's Motion to Dismiss (Doc. 17). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on June 17, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **GRANTS IN PART and DENIES IN PART** the Motion (Doc. 17). The Motion is granted as to Flash's Fourth Amendment malicious prosecution and official capacity claims. These claims are

**DISMISSED WITHOUT PREJUDICE**. The Motion is denied as to judicial immunity, legislative immunity, and qualified immunity, as well as Flash's First Amendment retaliation, Fourth Amendment false arrest, civil rights conspiracy, and state law claims, which will proceed.

Evans is hereby **ORDERED** to file a timely answer.

It is so **ORDERED**.

SIGNED this 8th day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE