**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **DAVID FLASH,** | § | |
| *Plaintiff,* | § | |
| | § | **P:26-CV-00004-DC** |
| **v.** | § | |
| | § | |
| **JEFF DAVIS COUNTY,** *et al.***;** | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation (Doc. 51) concerning Defendant Jeff Davis County's ("County") Motion to Dismiss (Doc. 13). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on June 17, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's R&R for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because the County objected to several portions of the R&R, this Court reviews those sections *de novo.* Those unobjected to are reviewed for clear error.

Finding no such error in the objected-to and unobjected-to portions, the Court **ADOPTS** the R&R in full. The County's Motion (Doc. 13) is therefore **GRANTED IN**

**PART** and **DENIED IN PART**. The Motion is granted as to Flash's municipal liability claim to the extent it is premised on Evans's acts as a final policymaker, failure to train, ratification, and a de facto policy of retaliating against Flash. The Motion is denied as to Flash's municipal liability claim to the extent it is premised on Lopez's acts as a final policymaker for the County and as to Flash's state law claims.

The County is hereby **ORDERED** to file a timely answer.

It is so **ORDERED**.

SIGNED this 8th day of July, 2026.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

2