IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **DAVID FLASH,** *Plaintiff,* | § § § § § § § § § § | |
| **v.** | | **P:26-CV-00004-DC** |
| **JEFF DAVIS COUNTY, *et al.*;** *Defendants.* | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is United States Magistrate Judge David B. Fannin's Report and Recommendation (Doc. 49) concerning Defendant Adriana Ruiloba and Joseph Giesbrecht's Motions to Dismiss. (Docs. 15, 20). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on June 17, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's R&R for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding no such error, the Court **ADOPTS** the R&R in full. Ruiloba and Giesbrecht's Motions are **GRANTED IN PART** and **DENIED IN PART**. (Docs. 15, 20). Ruiloba's Motion is granted as to Flash's malicious prosecution and official capacity

claims. These claims are **DISMISSED WITHOUT PREJUDICE**. The Motion is denied as to Flash's retaliation, excessive force, false arrest, civil rights conspiracy, and state law claims. Giesbrecht's Motion is granted as to Flash's bystander liability claim predicated on false arrest and official capacity claims. These claims are **DISMISSED WITHOUT PREJUDICE**. His Motion is denied as to Flash's excessive force, civil rights conspiracy, state law claims, and bystander liability claim predicated on excessive force

The Defendants are hereby **ORDERED** to file a timely answer.

It is so **ORDERED**.

SIGNED this 8th day of July, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2